UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 05, 2018
SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOHN MILES HAINLINE ex rel. UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY NEHER, SAMANTHA J. GOUVEIA, DAVID QUESNEL, DEAN GALLANGER, BOB SONGER, and ROBERT BIANCHI,<br><br>Defendants. | No. 1:18-CV-03082-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 30, 2018, the Court ordered Plaintiff to serve Defendants in this case on or before September 4, 2018. ECF No. 10. The Court warned Plaintiff that failure to effect service would result in the Court's dismissal of Plaintiff's case without prejudice. Plaintiff has not filed proof of service or otherwise responded to the Court's order.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

2. All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE - 1

**3.** All hearings and other deadlines are **STRICKEN**.

**4.** The Clerk's Office is directed to **ENTER JUDGMENT** in favor of Defendants and **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of September 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2