# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

John Miles Hainline ex rel. United States of America,

*Plaintiff*

v.

Timothy Neher, Samatha J Gouveia, David Quesnel, Dean Gallanger, Bob Songer, Robert Bianchi,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 05, 2018**

SEAN F. McAVOY, CLERK

Civil Action No. 1:18-cv-03082-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE, with all parties to bear their own costs and attorneys' fees.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR .

Date:  09/05/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates